UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-20176-CR-KING

UNITED STATES OF AMERICA

v.

ROBERT H. HAMMER,

_____**Defendant. /**

**SUPPLEMENTAL ORDER**

**THIS MATTER** came before the Court upon the sentencing hearing held in this matter on April 30, 2009, the Court being familiar with the record in this matter, the Plea Agreement executed by the parties, and being otherwise fully advised in the premises, it is hereby

**ORDERED and ADJUDGED** as follows:

1. Defendant shall satisfy the financial condition of his sentence by make payment, through the Clerk of the Court, to the National Fish and Wildlife Foundation on the following schedule: no later than seven (7) days from the entry of this Supplemental Order defendant shall make an initial payment of $10,000. Thereafter, he shall make payments of no less than $5,000, ninety days (90) and one hundred and eighty days (180) from the date of original sentencing, provided that the financial obligation may be satisfied on any earlier date.

2. As they are received by the Clerk of the Court, the funds ordered paid by defendant are to be remitted to the National Fish and Wildlife Foundation, a Congressionally-chartered organization authorized by law to receive payments arising as a result of criminal convictions. These

1

funds shall be employed by the receiving organization, with the assistance of the National Oceanic & Atmospheric Administration, Office For Law Enforcement, in cooperation with other interested federal agencies, to acquire and distribute commercially available side-scan sonar and Global Positioning System Tracker equipment to assist in the location, identification, and abatement of resource violations within the National Sanctuaries, Refuges, and Parks of the Florida Keys and adjacent waters, and to assist in the identification and apprehension of violators of the marine resource and wildlife protection laws applicable thereto.

3. The Clerk of the Court shall remit the payments received from defendant to:

National Fish and Wildlife Foundation
c/o Bank of America
730 15th Street, NW
Washington, DC 20005
ABA Bank Transit Number 026009593
Account Number 2260 0322 6791.

4. The Court shall retain jurisdiction in this matter to take additional action and enter further orders as necessary to implement and enforce this Supplemental Order.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ___1___ day of June, 2009.

                                                         _____
                                                         JAMES LAWRENCE KING
                                                         UNITED STATES DISTRICT JUDGE

cc:    Nathan Diamond, Esq.
       AUSA T. Watts-FitzGerald
       Clerk of the Court